UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DAVIDSON LEWIS (#331663)**          **CIVIL ACTION**

**VERSUS**

**NO. 14-0468-JWD-EWD**

**BONNIE JACKSON, ET AL.**

**O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated March 1, 2016, to which no objection was filed:

**IT IS ORDERED** that the Court declines the exercise of supplemental jurisdiction over the Plaintiff's state law claims and that the Defendants' Motions to Dismiss (R. Docs. 15, 20 and 22) are granted, dismissing the plaintiff's federal claims asserted against the defendants, with prejudice, and that this action is dismissed.[1]

Signed in Baton Rouge, Louisiana, on March 21, 2016.

   **JUDGE JOHN W. deGRAVELLES**
   **UNITED STATES DISTRICT COURT**
   **MIDDLE DISTRICT OF LOUISIANA**

---

1 The Court declines to provide the plaintiff with an opportunity to amend his Complaint to attempt to better allege a cause of action against the defendants. Not only has he failed to oppose the defendants= motion to dismiss and failed to make any attempt to amend his Complaint to respond to the defendants= contentions, there is no suggestion that he could provide any factual allegations that suggest the personal, direct and intentional wrongdoing of the defendants in the events of which he complains.